In the Matter of the Claim of PAUL W. KAMINSKY, Respondent, against SOCONY-VACUUM OIL CO., INC., Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued April 14, 1950; decided May 18, 1950.

*Ralph S. Stoewell* and *Joseph D. Edwards* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Daniel Polansky, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.